IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DUSTIN MINKLER,<br><br>Defendant. | 8:20CR23<br><br>ORDER ON APPEARANCE FOR<br>SUPERVISED RELEASE VIOLATION |

The defendant appeared before the Court on March 1, 2024 regarding Second Amended Petition for Offender Under Supervision [52]. Michael Hansen represented the defendant. Donald Kleine represented the government. The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

The government made an oral motion to dismiss Amended Petition for Offender Under Supervision [50] and Petition for Offender Under Supervision [47]. The government's oral motion to dismiss Amended Petition for Offender Under Supervision [50] and Petition for Offender Under Supervision [47] is granted without objection.

The defendant freely, knowingly, intelligently, and voluntarily waived the right to a preliminary hearing. Fed. R. Crim. P. 32.1(b)(1)(A). The Court finds probable cause as alleged in the petition to believe the defendant violated the terms of supervised release and the defendant should be held to answer for a final dispositional hearing. Fed. R. Crim. P. 32.1(b)(1)(C). The defendant shall appear personally for a final dispositional hearing before U.S. District Judge Brian C. Buescher in Courtroom No. 5, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 11:30 a.m. on April 25, 2024.

The Defendant proposed a release plan, which the government did not object to. A separate order will be entered regarding this release plan. Defendant's counsel requested that Defendant remain detained until Monday, March 4, 2024, when the release plan can be put in place. The Court granted this request. Therefore, Defendant shall remain detained until March 4, 2024 and a separate release order will be entered by the Court.

The defendant shall be committed to the custody of the Attorney General or designated representative for confinement in a correctional facility and shall be afforded a reasonable opportunity for private consultation with defense counsel. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for an appearance in connection with a court proceeding.

**IT IS SO ORDERED**.

Dated this 1st day of March, 2024.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge